162174_61

JEFFREY FRIED, Personal Representative
of RUSSELL LOIOLA, LIP,

          Plaintiff-Appellant,

v

CITIZENS INSURANCE COMPANY OF
AMERICA,

          Defendant,

and

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,

          Defendant-Appellee.

_____/   OK

SC: 162174
COA: 348670
Washtenaw CC: 16-001044-NF